DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Hoover<br><br>Case below:<br>174 N.C. App. 596 | No. 370P04-6 | 1. Def's Motion for "Petition for a Writ of Newly Discovered Evidence for Appropriate Relief and Subpoena and Defendant for Appropriate Relief" (COA05-64)<br><br>2. Def's Petition for a Writ of Mandamus for Motion for Appropriate Relief and Notice of Appeal<br><br>3. Def's Motion for "Petition for Motion Writ Production of Documentary of State Procedure" | 1. Dismissed 05/03/07<br><br><br><br><br><br>2. Dismissed 05/03/07<br><br><br><br><br>3. Dismissed 05/03/07<br><br>**Hudson, J., Recused** |
| State v. Hoover·<br><br>Case below:<br>179 N.C. App. 226 | No. 512P06 | Def's PDR Under N.C.G.S. 7A-31 (COA05-1670) | Denied 05/03/07 |
| State v. Hopper<br><br>Case below:<br>181 N.C. App. ——<br>(20 February 2007) | No. 157P07 | Def's Motion for PDR Under N.C.G.S. § 7A-31 (06-313) | Denied 05/03/07 |
| State v. Johnson<br><br>Case below:<br>181 N.C. App. 287 | No. 072P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1403) | Denied 03/08/07<br><br>**Hudson, J., Recused** |
| State v. Johnson<br><br>Case below:<br>181 N.C. App. 287 | No. 072P07-2 | Def's Motion for "Notice of Appeal" (COA05-1403) | Dismissed *ex mero motu* 05/03/07<br><br>**Hudson, J., Recused** |
| State v. Johnson<br><br>Case below:<br>180 N.C. App. 476 | No. 004P07 | Def's PDR Under N.C.G.S. 7A-31 (COA05-1606) | Denied 05/03/07 |
| State v. Joyner<br><br>Case below:<br>178 N.C. App. 742 | No. 468P06 | Def's PDR Under 7A-31 (COA05-1124) | Denied 05/03/07 |